# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANA L. KENDRICK, a Natural Person,<br><br>Plaintiff,<br><br>v.<br><br>NISSAN NORTH AMERICA, INC., a Delaware corporation, and DOES 1 through 20, inclusive,<br><br>Defendant. | Case No. 3:22-cv-00989-JAH-AGS<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS** |

Pursuant to Federal Rule of Civil Procedure 41(a)(2), and the Joint Motion for Dismissal with Prejudice filed by the parties, IT IS HEREBY ORDERED that all of Plaintiff Diana L. Kendrick's claims against Defendant, Nissan North America, Inc., and DOES 1 through 20 are hereby DISMISSED WITH PREJUDICE, and each party shall bear their own attorney fees and costs.

**IT IS SO ORDERED**.

DATED: October 18, 2022

_____
JOHN A. HOUSTON
UNITED STATES DISTRICT JUDGE